FILED
June 23, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

June 11ᵗʰ, 2015

Elsie O. Jones Appellant
Jose G. Ramirez-Rodriguez Appellee

RE: Court of Appeals Number: 03-14-00230-CV
Trial Court Case Number: C-1-CV-13-002528

Jeffrey D. Kyle Clerk
Third Court of Appeals

Appellant/Plaintiff Elsie O. Jones asks the Court to reverse and render a judgment in favor of the Appellant Elsie O. Jones.

STATEMENT OF THE CASE:

Nature of the case: Appellant/Plaintiff sued the Appellee/ Defendant for recovery Property Damages (Negligence Per Se) (CLKRECP. 228-293) MOTION TO AMEND PETITION SPECIAL EXCEPTIONS, and for infringement of her Allotted disability parking space, and privileged; and for Parental Liability of defendant's children's in his household or parental liability for damages caused by their children's in his household, vandalism and intentional, malicious and Pain and Suffering; Mental anguish and willful acts of their minor children commit. Parent Neglect Named Child: Jose Alex Jimenez and violation with Texas Apartment Association Apartment lease law. Under the control and the care of the Defendant Jose G. Ramirez- Rodriguez.

STATEMENT OF THE CASE:

This appeal arises out of a take-nothing judgment rendered against Elsie 0. Jones and in favor of Jose G. Ramirez-Rodriguez. (Appellant's Tab 1 ). Jones filed a personal injury lawsuit for negligence against Rodriguez in connection with her allegation that Rodriguez' vehicle struck her parked vehicle while leaving the parking space next to hers. She also subsequently alleged that he negligently allowed children under his control to vandalize her parked vehicle. After Jones' Motion for New Trial was denied, she filed this appeal. (Appellant's Tabs 4 and 5).

The Appellant/Plaintiff plea to jurisdiction asserting that the County Court at Law lacked jurisdiction because appellant/plaintiff sought damages greater than that of $250.000 or more. (Tex. Civ. Prac. & Rem. Code Ann 41.008 a West 2008).

Monetary relief over $200.000 but not more than $1,000,000.

Appellant/Plaintiff Elsie O. Jones should be awarded a judgment against the Appellee/Defendant Jose G. Ramirez-Rodriguez.



RECEIVED
JUN 1 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

1

This is the relief sought, and including any alternative relief.

Only this court can grant the relief requested.

The Appellant/Plaintiff Elsie O. Jones asks the Court to reverse the trial court and remand the cause for a new trial based on either the factual-sufficiency issue, or

In the alternative, Appellant/ Plaintiff Elsie O. Jones asks the court to reverse and render or modify the judgment and to award the Appellant/ Plaintiff Elsie O. Jones is entitled.

Respectfully submitted,

PRO SE PLAINTIFF
ELSIE O. JONES
2347 DOUGLAS STREET
# 6106
AUSTIN, TEXAS 78741
(512) 809-7698
EMAIL ADDRESS: kevinandelsiejones@yahoo.com

PRO SE FOR APPELLANT
ELSIE O. JONES
APPELLANT

I hereby certify that a true and correct copy of the foregoing instrument was served on the counsel of records in this appeal in with the Texas Rules of Civil and Appellant Procedure by certified mail and return receipt requested, on the 12ᵗʰ, day of June, 2015 as follow.

FREY, NAVARRO & WHORTON, P.L.L.C.
MS, MONICA JO QUINENE AUGUON
Texas Bar No. 24073827
Address: Trinity Plaza I, Suite 550
750 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 732-9800
Fax: (210) 568-6871
Email Address: monica@fnwlawfirm.com

ATTORNEYS FOR APPELLEE
JOSE G. RAMIREZ-RODIGUEZ
APPELLEE

PRO SE APPELLANT
ELSIE O. JONES

Court of Appeals Number: 03-14-00230-CV
Trial Court Case Number: C-1-CV-13-002528
ELSIE O. JONES

## Certificate of Compliance

As required by Texas Rule of Appellate Procedure 52.10(a), I certify that I have notified or made a diligent effort to notify all parties by expedited means such as by email address which is listed in the court file for the counsel on record that this motion for leave to file appellant's reply brief will be filed.

I certify that this document contains 663 words, as indicated by the word count function of the computer program used to prepared it, and certificate of conference and Motion for leave to file Appellant's Reply Brief as provided by Appellant Rule 9.4(i).

Elsie O. Jones
_____
PRO SE LITIGANT
ELSIE O. JONES
2347 DOUGLAS STREET
# 6106
AUSTIN, TEXAS 78741
TELEPHONE: (512) 809-7698
EMAIL ADDRESS: kevinandelsiejones@yahoo.com

_____June 18th, 2015_____
[Date]